```
                                        FILED
                                       DEC 27 2007
                                    RICHARD W. WIEKING
                                  CLERK, U.S. DISTRICT COURT
                                NORTHERN DISTRICT OF CALIFORNIA
                                         OAKLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEREMY CURD,

    Plaintiff,

v.

WALGREENS,

    Defendant.
_____/

No. CV 07-80260M CW

ORDER RETURNING COMPLAINT TO PLAINTIFF

On January 26, 2006, this Court entered a pre-filing order in regard to further actions filed by Plaintiff Jeremy Curd. The pre-filing order states:

> IT IS HEREBY ORDERED that the Clerk of this Court shall not accept for filing any further employment discrimination actions filed by Jeremy Curd until the complaint has first been reviewed by the Court. A pre-filing review will be conducted before leave is granted to file the action. If the complaint is an employment discrimination action, it will not be filed unless it presents sufficient and intelligible factual allegations that give rise to the claim.

On November 8, 2007, Plaintiff filed the instant complaint. A pre-filing review of this complaint reveals that it is an employment discrimination action that fails to present sufficient and intelligible factual allegations that give rise to Plaintiff's claim. Therefore, this complaint will not be filed. The Clerk of

the Court is directed to return to Plaintiff this complaint together with a copy of this Order.

Dated  DEC 27 2007

CLAUDIA WILKEN
United States District Judge

Copies mailed as noted on the following page

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY CURD,<br><br>        Plaintiff,<br><br>v.<br><br>WALGREENS et al,<br><br>        Defendant.<br>_____/ | Case Number: CV07-80260 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 27, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeremy Curd
844 Dubuque St.
So. San Francisco, CA 94080

Dated: December 27, 2007

                                            Richard W. Wieking, Clerk
                                            By: Sheilah Cahill, Deputy Clerk